March 30, 2005

**By Electronic Filing**

The Honorable Sue L. Robinson
Chief Judge
United States District Court
Federal Building
844 King Street
Wilmington, DE  19801

      Re:    *Clontech Laboratories, Inc. v. Invitrogen Corp.*
             C. A. No. 98-750-SLR

Dear Chief Judge Robinson:

    We write in response to the Court's request for a status report in this matter.

    A Notice of Appeal was filed in this action on November 18, 2003, following entry of final judgment.  (D.I. 253).  This matter has been fully briefed on appeal and oral argument was heard on October 4, 2004.  The parties are awaiting a decision from the Federal Circuit at this time.

                              Respectfully,

                              /s/Karen Jacobs Louden
                              klouden@mnat.com

cc:    Richard L. Horwitz, Esq. (by hand)
        Marc R. Labgold, Ph.D., Esq. (by telecopy)
        Robert J. Koch, Esq. (by telecopy)

143155