# United States Court of Appeals for the Federal Circuit

03-1464, 04-1099

CLONTECH LABORATORIES, INC.,

Plaintiff-Appellee,

v.

INVITROGEN CORPORATION
(formerly Life Technologies, Inc.),

Defendant-Appellant.

## Judgment

**ON APPEAL from the**  UNITED STATES DISTRICT COURT
　　　　　　　　　　　　DISTRICT OF DELAWARE
**in CASE NO(S).**  　　98-CV-750 SLR

This CAUSE having been heard and considered, it is

**ORDERED and ADJUDGED:**

AFFIRM-IN-PART, REVERSE-IN-PART, VACATE-IN-PART AND REMAND

ENTERED BY ORDER OF THE COURT

DATED MAY - 5 2005

Jan Horbaly, Clerk

**ISSUED AS A MANDATE:** MAY 27 2005

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE.
UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT
By_____ Date: 5-27-05