# United States Court of Appeals
# for the Federal Circuit

717 Madison Place, N.W.
Washington, D.C. 20439

Jan Horbaly
Clerk of Court

202-633-6550
202-633-9623 (F)

June 2, 2005

U.S. District Court
District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801-3570

Dear Betty:

    This letter transmits your District Court document for:

**Clontech Labs v. Invitrogen, 98-CV-750 SLR
(CAFC 03-1464)**

    Three boxes were sent back to your office today via USPS certified mail. Thank you very much for providing this record to the court.

Sincerely,

Christy Thomas
Deputy Clerk
(202) 312-5536