CLOSED, PATENT

# U.S. District Court
## District of Delaware (Wilmington)
### CIVIL DOCKET FOR CASE #: 1:98-cv-00750-SLR
#### Internal Use Only

| | |
|---|---|
| Clontech Labs Inc. v. Invitrogen | Date Filed: 12/22/1998 |
| Assigned to: Honorable Sue L. Robinson | Jury Demand: None |
| Demand: $0 | Nature of Suit: 830 Patent |
| Cause: 28:1338 Patent Infringement | Jurisdiction: Federal Question |

**Plaintiff**

**Clontech Laboratories, Inc.**     represented by     **Joanne Ceballos**
Bifferato Gentilotti Biden & Balick
711 North King Street
Wilmington, DE 19801-3503
(302) 658-4265
Email: jceballos@bgbblaw.com
*TERMINATED: 06/09/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard L. Horwitz**
Potter Anderson & Corroon, LLP
1313 N. Market St., Hercules Plaza, 6th Flr.
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
Email: rhorwitz@potteranderson.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William J. Marsden, Jr.**
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
(302) 652-5070
Email: marsden@fr.com
*TERMINATED: 07/28/1999*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Karen Jacobs Louden**
Morris, Nichols, Arsht & Tunnell
1201 North Market Street

        P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
Email: kjlefiling@mnat.com
*ATTORNEY TO BE NOTICED*

**V.**

**Defendant**

| | | |
|---|---|---|
| **Life Technologies, Inc.**<br>*TERMINATED: 01/10/2001* | represented by | **Donald F. Parsons, Jr.**<br>Delaware Court of Chancery<br>500 N. King Street<br>Wilmington, DE 19801<br>(302) 577-2444<br>*TERMINATED: 01/10/2001*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Karen Jacobs Louden**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Invitrogen Corporation** | represented by | **Donald F. Parsons, Jr.**<br>(See above for address)<br>*TERMINATED: 10/09/2003*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Mary B. Graham**<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>Email: mbgefiling@mnat.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Karen Jacobs Louden**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 01/19/1998 | 5 | STIPULATION with proposed order for defts to answer to complaint by 2/11/99 (lf) (Entered: 01/19/1999) |
| 12/22/1998 | 1 | COMPLAINT filed; Mag consent notice to pltf. FILING FEE $ 150.00 |

|  |  |  |
|---|---|---|
|  |  | RECEIPT # 124038 (dab) (Entered: 12/22/1998) |
| 12/22/1998 |  | SUMMONS(ES) issued for Life Technologies (dab) (Entered: 12/22/1998) |
| 12/22/1998 | 2 | Report to Commissioner of Patents and Trademarks. Exit original. (dab) (Entered: 12/22/1998) |
| 12/23/1998 | 3 | RETURN OF SERVICE executed as to Life Technologies 12/23/98 Answer due on 1/12/99 for Life Technologies (dab) (Entered: 12/23/1998) |
| 12/30/1998 | 4 | CASE assigned to Judge Sue L. Robinson . Notice to all parties. (rjb) (Entered: 12/30/1998) |
| 01/19/1999 |  | **Added for Life Technologies attorney Donald F. Parsons Jr. (lf) (Entered: 01/19/1999) |
| 01/21/1999 |  | So Ordered granting [5-1] stipulation ( signed by Judge Sue L. Robinson ) Notice to all parties. (lf) (Entered: 01/25/1999) |
| 02/10/1999 | 6 | MOTION by Life Technologies to Stay Answer Brief due 2/24/99 re: [6-1] motion (lf) (Entered: 02/11/1999) |
| 02/10/1999 | 7 | Opening Brief Filed by Life Technologies [6-1] motion to Stay - Answer Brief due 2/24/99 (lf) (Entered: 02/11/1999) |
| 02/10/1999 | 8 | MOTION by Life Technologies to Transfer Case to District of Maryland Answer Brief due 2/24/99 re: [8-1] motion (lf) (Entered: 02/11/1999) |
| 02/10/1999 | 9 | Opening Brief Filed by Life Technologies [8-1] motion to Transfer Case to District of Maryland - Answer Brief due 2/24/99 (lf) (Entered: 02/11/1999) |
| 02/24/1999 | 10 | STIPULATION with proposed order to file answering brief to motion to transfer by 3/3/99 (lf) (Entered: 02/25/1999) |
| 02/25/1999 |  | So Ordered granting [10-1] stipulation ( signed by Judge Sue L. Robinson ) Notice to all parties. (lf) (Entered: 03/02/1999) |
| 03/03/1999 | 11 | Answer Brief Filed by Clontech Labs Inc. [6-1] motion to Stay - Reply Brief due 3/10/99 (SEALED) (lf) Modified on 03/05/1999 (Entered: 03/05/1999) |
| 03/03/1999 | 12 | Answer Brief Filed by Clontech Labs Inc. [8-1] motion to Transfer Case to District of Maryland - Reply Brief due 3/10/99 (SEALED) (lf) Modified on 03/05/1999 (Entered: 03/05/1999) |
| 03/10/1999 | 13 | Reply Brief Filed by Life Technologies [6-1] motion to Stay (lf) (Entered: 03/15/1999) |
| 03/10/1999 | 14 | Reply Brief Filed by Life Technologies [8-1] motion to Transfer Case to District of Maryland (lf) (Entered: 03/15/1999) |
| 03/26/1999 | 15 | MOTION by Clontech Labs Inc. with Proposed Order for Marc Labgold, Esq. to Appear Pro Hac Vice (lf) (Entered: 03/29/1999) |

| | | |
|---|---|---|
| | | Rptr: B. Gaffigan (lf) (Entered: 06/24/1999) |
| 06/24/1999 | 40 | Steno Notes for 6/23/99; Rptr: B. Gaffigan (lf) (Entered: 06/24/1999) |
| 07/07/1999 | 41 | MOTION by Clontech Labs Inc. with Proposed Order for J. James Johnson, Esq. to Appear Pro Hac Vice (lf) (Entered: 07/09/1999) |
| 07/07/1999 | 42 | MOTION by Clontech Labs Inc. with Proposed Order for Mark S. Kaufman, Esq. to Appear Pro Hac Vice (lf) (Entered: 07/09/1999) |
| 07/07/1999 | 43 | MOTION by Clontech Labs Inc. with Proposed Order for Kevin Bell, Esq. to Appear Pro Hac Vice (lf) (Entered: 07/09/1999) |
| 07/12/1999 | | So Ordered granting [43-1] motion for Kevin Bell, Esq. to Appear Pro Hac Vice, granting [42-1] motion for Mark S. Kaufman, Esq. to Appear Pro Hac Vice, granting [41-1] motion for J. James Johnson, Esq. to Appear Pro Hac Vice ( signed by Judge Sue L. Robinson ) Notice to all parties. (lf) (Entered: 07/13/1999) |
| 07/13/1999 | | **Added for Clontech Labs Inc. attorney Joanne Ceballos (lf) (Entered: 07/13/1999) |
| 07/15/1999 | 44 | NOTICE by Clontech Labs Inc. to take deposition of Mr. Eric Schlezinger on 7/22/99 (lf) (Entered: 07/16/1999) |
| 07/26/1999 | 45 | Letter dated 7/26/99 from Joanne Ceballos, Esq. to Judge Robinson; Re: rqst status telecnf. in light of ruling from Judge Williams of the US District court for the District of MNaryland (lf) (Entered: 07/27/1999) |
| 07/27/1999 | 46 | Letter dated 7/27/99 from Joanne Ceballos, Esq. to Court; Re: Substituting Joanne Ceballos in lieu of William Marsden (lf) (Entered: 07/28/1999) |
| 07/28/1999 | | **Terminated attorney William J. Marsden for Clontech Labs Inc. (lf) (Entered: 07/28/1999) |
| 08/02/1999 | 47 | Letter dated 8/2/99 from Richard Horowitz, Esq. to Judge Robinson; (SEALED) (lf) (Entered: 08/03/1999) |
| 08/04/1999 | | Tele-conference held, Robinson, J., sitting; Rptr: K. Maurer (lf) (Entered: 08/24/1999) |
| 08/10/1999 | 48 | MOTION by Clontech Labs Inc. with Proposed Order for Ron Myers to Appear Pro Hac Vice (maw) (Entered: 08/16/1999) |
| 08/11/1999 | | So Ordered granting [48-1] motion for Ron Myers to Appear Pro Hac Vice ( signed by Judge Sue L. Robinson ) Notice to all parties. (maw) (Entered: 08/16/1999) |
| 08/13/1999 | 49 | Steno Notes for 8/4/99 Teleconference (Reporter K. Maurer) (maw) (Entered: 08/16/1999) |
| 08/13/1999 | 50 | Letter to Judge Robinson from J. Andrew Huffman re briefing schedule for summary judgment motion. (maw) (Entered: 08/16/1999) |
| 08/13/1999 | 51 | SEALED Memorandum in Opposition Filed by Clontech Labs Inc. [35- |

| | | |
|---|---|---|
| | | 1] motion for Partial Summary Judgment (maw) Modified on 6/8/2006 (rpg, ). (Entered: 08/16/1999) |
| 08/23/1999 | 52 | MOTION by Clontech Labs Inc. with Proposed Order to Amend [1-1] complaint Answer Brief due 9/7/99 re: [52-1] motion (lf) (Entered: 08/24/1999) |
| 08/24/1999 | 53 | TRANSCRIPT filed for dates of 8/4/99; Rptr. K. Maurer (lf) (Entered: 08/24/1999) |
| 08/25/1999 | 54 | Reply Brief Filed by Life Technologies [35-1] motion for Partial Summary Judgment (lf) (Entered: 08/27/1999) |
| 09/01/1999 | 56 | MOTION by Clontech Labs Inc. with Proposed Order for Leave to File surreply in opposition to motion for partial summary judgment (lf) (Entered: 09/07/1999) |
| 09/02/1999 | 55 | STIPULATION with proposed order for deft to file answering brief to motion by 9/21/99 (lf) (Entered: 09/07/1999) |
| 09/07/1999 | | So Ordered granting [55-1] stipulation ( signed by Judge Sue L. Robinson ) Notice to all parties. (lf) (Entered: 09/08/1999) |
| 09/07/1999 | | So Ordered granting [56-1] motion for Leave to File surreply in opposition to motion for partial summary judgment ( signed by Judge Sue L. Robinson ) Notice to all parties. (lf) (Entered: 09/08/1999) |
| 09/17/1999 | 57 | CERTIFICATE OF SERVICE by Clontech Labs Inc.; Pltf's document rqsts nos. 44-62 (lf) (Entered: 09/20/1999) |
| 09/17/1999 | 58 | CERTIFICATE OF SERVICE by Clontech Labs Inc.; Re: Pltf's document rqst nos. 5-43 (lf) (Entered: 09/20/1999) |
| 09/21/1999 | 59 | Answer Brief Filed by Life Technologies [52-1] motion to Amend [1-1] complaint - Reply Brief due 9/28/99 (lf) (Entered: 09/22/1999) |
| 09/21/1999 | 60 | Surreply in opposition Brief Filed by Clontech Labs Inc. [35-1] motion for Partial Summary Judgment - Reply Brief due 9/28/99 (SEALED) (lf) Modified on 09/22/1999 (Entered: 09/22/1999) |
| 09/28/1999 | 61 | Reply Brief Filed by Clontech Labs Inc. [52-1] motion to Amend [1-1] complaint (lf) (Entered: 09/30/1999) |
| 10/07/1999 | 62 | ORDER, Clontech Lab to file brief in opposition to motion for summary judgment by 8/18/99 and reply to be filed by 8/25/99 ( signed by Judge Sue L. Robinson ) copies to: cnsl (lf) (Entered: 10/13/1999) |
| 10/14/1999 | 63 | Letter dated 10/14/99 from Donald Parsons, Jr., Esq. to Judge Robinson; Re: defts correcting inaccuracy of 8/28/99 reply brief (lf) (Entered: 10/15/1999) |
| 10/18/1999 | 64 | NOTICE by Clontech Labs Inc. to take deposition of Life Technologies, inc. on 11/4/99 (lf) (Entered: 10/20/1999) |
| 10/18/1999 | 65 | NOTICE by Clontech Labs Inc. to take deposition of Life Technologies, |

| | | |
|---|---|---|
| 11/09/1999 | 80 | Letter (11/9/99) to Judge Robinson from Mr. Dorgan re declarations of Mssrs Rodrick & Hellenbeck. (bkb) (Entered: 11/30/1999) |
| 11/09/1999 | 81 | Declaration of Richard J. Rodrick (bkb) (Entered: 11/30/1999) |
| 11/09/1999 | 82 | Declaration of Robert M. Hallenbeck (bkb) (Entered: 11/30/1999) |
| 11/10/1999 | 83 | Letter to Judge Robinson (11/10/99) from Mr. Dorgan re: revised proposed amended complaint (bkb) (Entered: 11/30/1999) |
| 11/12/1999 | 84 | SEALED Letter (11/12/99) to Judge Robinson from pltf's counsel re "discovery dispute" (bkb) Modified on 6/8/2006 (rpg, ). (Entered: 11/30/1999) |
| 11/17/1999 | 85 | Letter o Judge Robinson from Mr. Parsons re: protective order materials. (bkb) (Entered: 11/30/1999) |
| 11/17/1999 | 86 | MEMORANDUM by Life Technologies in opposition to [83-1] (bkb) (Entered: 11/30/1999) |
| 11/18/1999 | 87 | Letter to Judge Robinson (11/18/99) from Mr. Dorgan in resp. to deft's 11/17/99 letter. (bkb) (Entered: 11/30/1999) |
| 11/19/1999 | 88 | Letter (11/19/99) to Judge Robinson from Mr. Parsons in resp. to DI 87. (bkb) (Entered: 11/30/1999) |
| 11/19/1999 | 89 | Letter to Judge Robinson from Donald Parsons re LTI's response to Clontech's letter of 11/18/99. (maw) (Entered: 12/02/1999) |
| 11/29/1999 | 90 | RESPONSE by Clontech Labs Inc. in support of its revised motion to amend the complaint. (bkb) (Entered: 12/09/1999) |
| 12/01/1999 | 91 | Letter (12/1/99) to Judge Robinson from Mr. Parsons re joint motion for ext. of deadlines. (bkb) (Entered: 12/09/1999) |
| 12/01/1999 | 92 | JOINT MOTION by Clontech Labs Inc., Life Technologies to Extend Time for deadlines re: [92-1] joint motion (bkb) (Entered: 12/09/1999) |
| 12/15/1999 | | Tele-conference held, Robinson, J., re joint motion to extend deadlines re expert reports; rptr. Maurer present (bkb) (Entered: 12/16/1999) |
| 12/15/1999 | 93 | Steno Notes for 12/15/99 by rptr. Maurer. (bkb) (Entered: 12/16/1999) |
| 12/17/1999 | 94 | MOTION by Life Technologies for Summary Judgment on Counts 1 & 2 Answer Brief due 1/3/00 re: [94-1] motion (bkb) (Entered: 12/20/1999) |
| 12/17/1999 | 95 | Opening Brief Filed by Life Technologies [94-1] motion for Summary Judgment on Counts 1 & 2-----SEALED (bkb) (Entered: 12/20/1999) |
| 12/20/1999 | 96 | Letter (12/20/99) to Clerk from Mr. Parsons re corrected version of opening brief in supp. of deft's motion for summary judgment (to be substituted for open br. filed 12/17/99) (bkb) (Entered: 12/20/1999) |
| 12/20/1999 | 97 | CORRECTED VERSION-------Opening Brief Filed by Life Technologies [94-1] motion for Summary Judgment on Counts 1 & 2------SEALED (bkb) (Entered: 12/20/1999) |

| | | |
|---|---|---|
| 12/20/1999 | 98 | Letter (12/20/99) to Judge Robinson from Mr. Parsons re scheduling of trial. (bkb) (Entered: 12/22/1999) |
| 12/21/1999 | 99 | Letter (12/21/99) to Judge Robinson from Mr. Dorgan in response to letter from Mr. Parsons (DI 98). (bkb) (Entered: 12/22/1999) |
| 12/21/1999 | 100 | Letter (12/21/99) to Judge Robinson from Mr. Parsons in resp. to Clontech's letter of 12/21/99. (bkb) (Entered: 12/22/1999) |
| 12/23/1999 | 101 | Letter to Judge Robinson from Joanne Ceballos, Esq. re counsel discussions on moving the trial date. (maw) (Entered: 12/27/1999) |
| 12/30/1999 | 102 | CERTIFICATE OF SERVICE by Life Technologies; Re: Report of J.J. Champoux (lf) (Entered: 01/03/2000) |
| 01/03/2000 | 103 | CERTIFICATE OF SERVICE by Clontech Labs Inc.; Re: Expert report of Joseph Falkinham (lf) (Entered: 01/05/2000) |
| 01/04/2000 | | So Ordered granting [92-1] joint motion to Extend Time for deadlines ( signed by Judge Sue L. Robinson ) Notice to all parties. (lf) (Entered: 01/05/2000) |
| 01/05/2000 | 104 | NOTICE by Life Technologies to take deposition of Joseph Falkinham, III on 1/12/00 (lf) (Entered: 01/07/2000) |
| 01/07/2000 | 105 | Answer Brief Filed by Clontech Labs Inc. [94-1] motion for Summary Judgment on Counts 1 & 2 - Reply Brief due 1/14/00; (SEALED) (lf) (Entered: 01/07/2000) |
| 01/07/2000 | 106 | TRANSCRIPT filed [0-0] telephone conference for dates of 12/15/99: Rptr: K. Maurer (lf) (Entered: 01/10/2000) |
| 01/14/2000 | 107 | Reply Brief Filed by Life Technologies [94-1] motion for Summary Judgment on Counts 1 & 2 (SEALED) (lf) (Entered: 01/19/2000) |
| 01/20/2000 | 108 | Letter dated 1/20/00 from Joanne Ceballos, (lf) (Entered: 01/21/2000) |
| 01/20/2000 | 109 | Proposed Order granting leave to file surreply in opposition to motion for summary judgment filed by Clontech Labs Inc. (lf) (Entered: 01/21/2000) |
| 01/21/2000 | 110 | Letter dated 1/21/00 from Donald Parson, Esq. to Judge Robinson; Re: correcting error contained in reply brief in supoprt of summary judgment motion (lf) (Entered: 01/21/2000) |
| 01/21/2000 | 111 | Letter dated 1/21/00 from Donald Parson, Esq. to Judge RObinson; Re: rqst that court deny Clontech's rqst for leave to file surreply (lf) (Entered: 01/21/2000) |
| 01/24/2000 | | So Ordered [109-1] proposed order ( signed by Judge Sue L. Robinson ) Notice to all parties. (lf) (Entered: 01/24/2000) |
| 01/26/2000 | 112 | Letter dated 1/26/00 from Joanne Ceballos, Esq. to Judge Robinson; Re: surreply pursuant to court order of 1/24/00 (lf) (Entered: 01/27/2000) |
| 01/27/2000 | 114 | Letter dated 1/27/00 from Donald Parsons, Jr., Esq. to Judge Robinson; Re: Life Tech. submits letter to the court in response to Clontech's |

| | | |
|---|---|---|
| | | 1/26/00 surreply, which Life Tech. moves to strike (lf) (Entered: 01/31/2000) |
| 01/31/2000 | 113 | Letter dated 11/1/99 from Donald Parson, Jr., Esq. to Judge Robinson: Re: Deft files letter to clarify the record regarding the parties' unsuccessful attempts to negotiate a protective order for use in this case (lf) (Entered: 01/31/2000) |
| 02/01/2000 | 115 | Letter dated 2/1/00 from Joanne Ceballos, Esq. to Judge RObinson; Re: filing notice of stip. as to Count III of pltf's complaint (lf) (Entered: 02/02/2000) |
| 02/01/2000 | 116 | STIPULATION of dismissal as to ct 3 of pltfs complaint (lf) (Entered: 02/02/2000) |
| 02/01/2000 | 117 | MOTION by Life Technologies in Limine to preclude Dr. Falkinham from testifying regarding issues outside the scope of his expertise (lf) (Entered: 02/02/2000) |
| 02/01/2000 | 118 | MOTION by Life Technologies in Limine to preclude the introduction at trial of any evidence regarding United States Patent Nos. 5,688,005 and 5,288,776 (lf) (Entered: 02/02/2000) |
| 02/01/2000 | 119 | MOTION by Life Technologies in Limine to preclude the introduction at trial of any evidence regarding alleged antitrust violations (lf) (Entered: 02/02/2000) |
| 02/01/2000 | 120 | MOTION by Life Technologies in Limine to preclude the introduction at trial of evidence of the alleged invalidity of its patents (lf) (Entered: 02/02/2000) |
| 02/01/2000 | 121 | MOTION by Life Technologies in Limine to preclude the introduction at trial of any evidence of inequitable conduct or unenforceability (lf) (Entered: 02/02/2000) |
| 02/01/2000 | 122 | MOTION by Life Technologies in Limine to preclude Clontech from introducing evidence relating to its claim under the Delaware deceptive trade practices act to the extent that act is preempted by 35 USC 292 (lf) (Entered: 02/02/2000) |
| 02/01/2000 | 123 | MOTION by Life Technologies to Strike the rebuttal expert statement of Harry Manbeck and motion in limine to preclude Mr. Manbeck from testifying at trial (lf) (Entered: 02/02/2000) |
| 02/01/2000 | 124 | MOTION by Life Technologies in Limine to preclude the introduction at trial of any evidence regarding LTI's Thermascript products (lf) (Entered: 02/02/2000) |
| 02/01/2000 | 125 | MOTION by Clontech Labs Inc. in Limine to preclude LTI from attempting to rely upon the doctrine of equivalents as it applies to the phrase "substantially No Rnase H Activity" (lf) (Entered: 02/02/2000) |
| 02/01/2000 | 126 | MOTION by Life Technologies in Limine to preclude the introduction at trial of any evidence regarding false marking (SEALED) (lf) (Entered: |

| | | |
|---|---|---|
| | | 02/02/2000) |
| 02/01/2000 | 127 | MOTION by Life Technologies in Limine to preclude the introduction at trial of evidence of actual damages (SEALED) (lf) (Entered: 02/02/2000) |
| 02/02/2000 | 129 | CERTIFICATE OF SERVICE by Life Technologies; Re: Rebuttal report of J.J. Champous, Ph.D (lf) (Entered: 02/07/2000) |
| 02/04/2000 | 128 | Letter dated 2/4/00 from Joanne Ceballos, Esq. to Judge Robinson; Re: rqsting telecnf. to discuss deft motion in limine that are instead dispositive motions (lf) (Entered: 02/04/2000) |
| 02/04/2000 | | So Ordered granting [116-1] dismiss/dismissal stipulation ( signed by Judge Sue L. Robinson ) Notice to all parties. (lf) (Entered: 02/07/2000) |
| 02/04/2000 | 130 | Letter dated 2/4/00 from Karen Jacobs Lauden, Esq. to Judge RObinson; Re: LTI submits letter in advance of the 2/7/00 telecnf. to outline agenda for call (lf) (Entered: 02/09/2000) |
| 02/07/2000 | | **Terminated document (lf) (Entered: 02/07/2000) |
| 02/07/2000 | | Tele-conference held, Robinson, J., sitting; Rptr: K. Maurer (lf) (Entered: 02/09/2000) |
| 02/07/2000 | 131 | CERTIFICATE OF SERVICE by Clontech Labs Inc.; Re: Trial subpoena to appear on 2/22/00 (lf) (Entered: 02/09/2000) |
| 02/07/2000 | 132 | CERTIFICATE OF SERVICE by Clontech Labs Inc.: Re: Trial subpoena for Gary Gerard to appear at trial on 2/22/00 (lf) (Entered: 02/09/2000) |
| 02/07/2000 | 133 | CERTIFICATE OF SERVICE by Clontech Labs Inc.; Re: Trial subpoena for Stuart Hepburn to appear at trial on 2/22/00 (lf) (Entered: 02/09/2000) |
| 02/07/2000 | 134 | CERTIFICATE OF SERVICE by Clontech Labs Inc.; Trial subpoena for Alan Hammond to appear at trial on 2/22/00 (lf) (Entered: 02/09/2000) |
| 02/07/2000 | 135 | CERTIFICATE OF SERVICE by Clontech Labs Inc.; Re: Trial Subponea for Michael Kotewicz to appear at trial on 2/22/00 (lf) (Entered: 02/09/2000) |
| 02/07/2000 | | Tele-conference held, Robinson, J., sitting; Rptr: K. MAurer (lf) (Entered: 02/09/2000) |
| 02/07/2000 | 136 | Steno Notes for 2/7/00; Rptr: K. Maurer (lf) (Entered: 02/09/2000) |
| 02/07/2000 | 137 | ORDER, Clontechs revised motion to amend the complaint (DI 83) is denied in part and granted in part; See order for details ( signed by Judge Sue L. Robinson ) copies to: cnsl (lf) (Entered: 02/09/2000) |
| 02/07/2000 | 138 | MEMORANDUM ORDER denying [94-1] motion for Summary Judgment on Counts 1 & 2 ( signed by Judge Sue L. Robinson ) copies to: cnsl (lf) (Entered: 02/09/2000) |
| 02/07/2000 | 139 | ORDER, case stayed pending further order of the court; parties shall keep the court apprised as to the status of the Maryland litigation; denying [127-1] motion in Limine to preclude the introduction at trial of evidence |

| | | |
|---|---|---|
| | | Dismiss filed by deft.; with proposed order (rld) (Entered: 08/06/2002) |
| 08/07/2002 | | So Ordered granting [164-1] stipulation reset Answer Brief Deadline to 8/23/02 re: [161-1] motion to Dismiss Counts III and IV of Clontech's Second Amended Complaint ( signed by Judge Sue L. Robinson ) Notice to all parties. (rld) (Entered: 08/07/2002) |
| 08/12/2002 | 165 | MOTION by Invitrogen with Proposed Order for Robert J. Koch to Appear Pro Hac Vice (rld) (Entered: 08/12/2002) |
| 08/12/2002 | | So Ordered granting [165-1] motion for Robert J. Koch to Appear Pro Hac Vice ( signed by Judge Sue L. Robinson ) Notice to all parties. (rld) (Entered: 08/13/2002) |
| 08/13/2002 | 166 | MOTION by Clontech Labs Inc. with Proposed Order for Richard J. Oparil to Appear Pro Hac Vice (rld) (Entered: 08/13/2002) |
| 08/15/2002 | | So Ordered granting [166-1] motion for Richard J. Oparil to Appear Pro Hac Vice ( signed by Judge Sue L. Robinson ) Notice to all parties. (rld) (Entered: 08/15/2002) |
| 08/16/2002 | 167 | MOTION by Clontech Labs Inc. with Proposed Order in Limineto preclude deft. from attempting to rely upon the doctrine of equivalents as it applies to the phrase "substantially no rnase H activity" Answer Brief due 8/30/02 re: [167-1] motion (rld) (Entered: 08/19/2002) |
| 08/16/2002 | 168 | Opening Brief Filed by Clontech Labs Inc. [167-1] motion in Limineto preclude deft. from attempting to rely upon the doctrine of equivalents as it applies to the phrase "substantially no rnase H activity" (rld) (Entered: 08/19/2002) |
| 08/16/2002 | 169 | MOTION by Invitrogen in Limine to preclude the introduction at trial of any evidence re alleged antitrust violations Answer Brief due 8/30/02 re: [169-1] motion (rld) (Entered: 08/19/2002) |
| 08/16/2002 | 170 | MOTION by Invitrogen in Limine to preclude the introduction at trial of any evidence re Invitrogen's thermoscript products Answer Brief due 8/30/02 re: [170-1] motion (rld) (Entered: 08/19/2002) |
| 08/16/2002 | 171 | MOTION by Invitrogen with Proposed Order in Limine to preclude Dr. Falkinham from testifying re issues outside the scope of his expertise Answer Brief due 8/30/02 re: [171-1] motion (rld) (Entered: 08/19/2002) |
| 08/16/2002 | 172 | SEALED MOTION by Invitrogen for Leave to File Motion for Sum. Jgm. Answer Brief due 8/30/02 re: [172-1] motion (rld) (Entered: 08/19/2002) |
| 08/16/2002 | 173 | SEALED Declaration of James J. Champoux in support of DI#172 and the motion for summary jgm. should the court grant the deft. leave to file that motion. (rld) (Entered: 08/20/2002) |
| 08/19/2002 | 174 | Letter to Clerk from K. Louden enclosing exhibits to be attached to DI#172. (rld) (Entered: 08/20/2002) |
| 08/19/2002 | 175 | Letter to Clerk from K. Louden enclosing original signature page for |

| | | |
|---|---|---|
| | | exceed 20 pages) Deadline to 12/6/02 re: [0-1] relief oral argument on post-trial briefs set for 12/13/02 at 7:00 a.m. ( signed by Judge Sue L. Robinson ) Notice to all parties. (rld) (Entered: 10/31/2002) |
| 10/31/2002 | | **Terminated deadlines (rld) (Entered: 10/31/2002) |
| 10/31/2002 | | Deadline updated; set Oral Argument on post-trial briefs for 7:00 12/13/02 per DI#212 (rld) (Entered: 10/31/2002) |
| 11/12/2002 | 213 | STIPULATION to enlarge the page limit for Clontech Laboratories, Inc. and Invitrogen Corporation's Opening Post-Trial Briefs; with proposed order (fmt) (Entered: 11/12/2002) |
| 11/12/2002 | | So Ordered granting [213-1] stipulation approving enlargement of page limit for the parties' opening post-trial briefs from 50 to 60 pages; briefs due 11/15/02 ( signed by Judge Sue L. Robinson ) Notice to all parties. (rld) (Entered: 11/12/2002) |
| 11/15/2002 | 214 | Unopposed MOTION by Invitrogen with Proposed Order to file under seal its opening post-trial brief with exhibits A and B re: [214-1] motion (fmt) (Entered: 11/18/2002) |
| 11/15/2002 | 215 | SEALED Opening Post-Trial Brief by Invitrogen (fmt) (Entered: 11/18/2002) |
| 11/15/2002 | 216 | Proposed Findings of Fact and Conclusions of Law filed by Clontech Labs Inc. (fmt) (Entered: 11/18/2002) |
| 11/15/2002 | 217 | Appendix to Proposed Findings of Fact and Conclusions of Law Filed by Clontech Labs Inc. (fmt) (Entered: 11/18/2002) |
| 11/19/2002 | | So Ordered granting [214-1] motion to file under seal its opening post-trial brief with exhibits A and B ( signed by Judge Sue L. Robinson ) Notice to all parties. (rld) (Entered: 11/19/2002) |
| 11/25/2002 | 218 | MOTION by Clontech Labs Inc. to Strike Portions of [215-1] Invitrogen Corporation's Opening Post-Trial Brief Answer Brief due 12/9/02 re: [218-1] motion (fmt) (Entered: 11/26/2002) |
| 12/06/2002 | 219 | Letter to B. Gaffigan from K. Louden enclosing deft.'s corrections to the trial transcript dated 10/7-10/2002 (D.I. Nos. 206-209) (rld) (Entered: 12/09/2002) |
| 12/06/2002 | 220 | SEALED Submission by Clontech Labs Inc. in response to [215-1] (rld) Modified on 6/8/2006 (rpg, ). (Entered: 12/09/2002) |
| 12/06/2002 | 221 | Invitrogen's response to D.I. # [216-1] proposed findings of fact (rld) (Entered: 12/09/2002) |
| 12/11/2002 | 222 | Letter to Judge Robinson from K. Jacobs Louden re inadvertent citation error in Invitrogen's Opening Post-Trial Brief (DI # 215) filed on 11/15/02; in dft's Proposed Conconclusions of Law, attached as Appendix B to the brief, proposed conclusion 7 at pages 2-3 (fmt) (Entered: 12/12/2002) |
| | | |