ORIGINAL

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

July 14, 2006

Karen Jacobs Louden
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
Email: kjlefiling@mnat.com

RE:   CLONTECH LABORATORIES, INC., v INVITROGEN CORPORATION.
      Civ. No.: 98-750 SLR

Dear Counsel:

   Pursuant to the Order entered on 7/12/06, by Chief Judge Sue L. Robinson, the following documents are herewith being returned to you:

ITEMS:   95, 97, 107, 126, 127, 172, 173, and 215.

   A copy of the signed acknowledgment has been attached for your records.

Sincerely,

Peter T. Dalleo, Clerk

By: *Ron Gilden*

   I hereby acknowledge receipt of the above mentioned documents on ____7-14-06____.

*Alexander Jones*
Signature