**ORIGINAL**

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

July 14, 2006

Richard L. Horwitz
Potter Anderson & Corroon, LLP
1313 N. Market St., Hercules Plaza,
6th Flr. P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
Email:rhorwitz@potteranderson.com

RE: CLONTECH LABORATORIES, INC., v INVITROGEN CORPORATION.
Civ. No.: 98-750 SLR

Dear Counsel:

   Pursuant to the Order entered on 7/12/06, by Chief Judge Sue L. Robinson, the following documents are herewith being returned to you:

ITEMS:   11, 12, 47, 51, 60, 84, and 105.

   A copy of the signed acknowledgment has been attached for your records.

Sincerely,

Peter T. Dalleo, Clerk

By: *Ron Golden*

   I hereby acknowledge receipt of the above mentioned documents on  7-14-06  .

_____
Signature